Hon. Mary Alice Theiler

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOHN AND MELINDA KRAUSHAAR, individually and the marital community composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, a Delaware limited liability company; OCWEN FINANCIAL SOLUTIONS PRIVATE LIMITED, a foreign entity,<br><br>Defendants. | Case No. 2:16-cv-01813-MAT<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>Noting Date: July 25, 2018 |

## STIPULATION

Defendants and Plaintiffs by and through their attorneys of record, agree and stipulate as follows:

**1.** Plaintiffs filed this action on October 25, 2016 against Defendants due to a disagreement regarding modification terms.

**2.** Plaintiff and Defendants have resolved their dispute and have come to an agreement.

**3.** Defendants have tendered $15,000 to Plaintiff to settle the all claims.

STIPULATION AND ORDER OF DISMISSAL – PAGE 1

CASE NO. 2:16-CV-01813

Wright, Finlay, & Zak, LLP
3600 15th Ave. W, Suite 200
Seattle, WA 98119
PH: (206) 691-8663/FAX: (949) 608-9142

4. Dismissal of this action will be with prejudice.

5. An award of fees or costs will be not awarded to any party.

| WRIGHT FINLAY & ZAK, LLP | BAROKAS MARTIN & TOMLINSON |
|---|---|
| /s/ Laura N. Coughlin | /s/ Abigail Z. Staggers |
| Laura N. Coughlin, WSBA No. 46124 | Abigail Z. Staggers, WSBA No. 43962 |
| *Attorney for Defendants* | *Attorneys for Plaintiff* |

## ORDER OF DISMISSAL

Based upon the above stipulation by and between the parties, and the court having reviewed the files and records herein, it is now, therefore:

ORDERED ADJUDGED AND DECREED that the aforementioned stipulated terms are declared and ordered as if repeated word for word herein; it is further

ORDERED ADJUDGED AND DECREED that this matter is dismissed with prejudice and without fees and costs to either party.

DONE this 27 day of July, 2018.

_____
Hon. Mary Alice Theiler

**Presented by:**

WRIGHT FINLAY & ZAK, LLP

/s/ Laura N. Coughlin
Laura N. Coughlin, WSBA No. 46124
*Attorney for Defendants*

**Approved as to form and content;
Notice of presentation waived:**

BAROKAS MARTIN & TOMLINSON

/s/ Abigail Z. Staggers
Abigail Z. Staggers, WSBA No. 43962
*Attorneys for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL – PAGE 2

CASE NO. 2:16-CV-01813

Wright, Finlay, & Zak, LLP
3600 15th Ave. W, Suite 200
Seattle, WA 98119
PH: (206) 691-8663/FAX: (949) 608-9142